# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **STEVEN GORDON CASPER,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00058-MR |
| | ) | 1:08-cr-00127-MR |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 10, 2014 Memorandum of Decision and Order.

September 10, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court